# UNITED STATES DISTRICT COURT

# DISTRICT OF MAINE

| | |
|---|---|
| **CANDACE FALLER,**<br>    **Plaintiff** | )<br>)<br>) |
| v. | ) CIVIL NO. 2:21-cv-00063-GZS<br>) |
| **TWO BRIDGES REGIONAL JAIL,**<br>    **Defendant** | )<br>)<br>) |

## **JUDGMENT**

This action came on for trial before the Court and a jury, the Honorable George Z. Singal, United States District Judge, presiding. The issues having been duly tried and the jury having rendered its verdict; JUDGMENT is hereby entered in favor of Defendant Two Bridges Regional Jail, against the Plaintiff, Candace Faller.

                                                                         CHRISTA K. BERRY
                                                                         Clerk

                                                   By:   /s/ Melody Dalphonse
Dated: December 15, 2022                            Melody Dalphonse
                                                                       Deputy Clerk